PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Orlando Flores     **Docket Number:** 03-00609-001
**PACTS Number:** 15327

**Name of Sentencing Judicial Officer:** Honorable Dickinson R. Debevoise

**Date of Original Sentence:** 04/11/2005

**Original Offense:** Conspiracy to Distribute a Controlled Dangerous Substance (Cocaine)

**Original Sentence:** 24 months imprisonment followed by 5 years supervised release and $100 special assessment. Special conditions: Cooperate with Immigration and Customs Enforcement and DNA collection.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 5/13/05

**Assistant U.S. Attorney:** Margaret A. Mahoney, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Michele A. Adubato, 725 Broadway, Bayonne, New Jersey 07002 (201) 858-3771

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | Flores relocated to Peru, South America, during December 2009 without notifying the probation office of his change of residence. |
| 2. | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | Flores failed to report to the U.S. Probation Office, as directed, on February 22, 2010, and by telephone, on or about February 9, 2010. Flores has failed to |

| | |
|---|---|
| | submit monthly supervision reports since October 2009. |
| 3. | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | Flores relocated to Peru, South America, during December 2009 without notifying the probation office of his change of residence. |
| 4. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On November 30, 2005, Flores was arrested by the Union City Police and charged with Receiving Stolen Property and Unlawful Taking Means of Conveyance. |
| 5. | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | On October 24, 2006, Flores stated he had face-to-face interaction with a known convicted felon, Saulo Mora. |

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Adriana Garcia
U.S. Probation Officer
Date: 3/22/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Dickinson R. Debevoise
Signature of Judicial Officer

March 26, 2010
Date